Thomas E. Brunner, Appellant, v. Yellow Cab Company, and Irving Schimmel, Appellees.

Gen. No. 46,975. 

First District, First Division.

March 12, 1957.

Released for publication May 2, 1957.

Warren J. Hickey, and Edward Wolfe, for appellant, Edward Wolfe, of counsel; Kirkland, Fleming, Green, Martin & Ellis, for appellees, David Jacker, John M. O'Connor, Jr., and Robert Klugman, of counsel. Opinion by JUDGE FRIEND. Not to be published in full.